NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CORDIS CORPORATION,
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE AND UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees,*

AND

**ABBOTT LABORATORIES,**
*Defendant-Appellee.*

2012-1039

Appeal from the United States District Court for the Eastern District of Virginia in case no. 11-CV-0127, Judge Gerald Bruce Lee.

## ON MOTION

## ORDER

Cordis Corporation moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

___JAN 3 0 2012___                    /s/ Jan Horbaly
        Date                           Jan Horbaly
                                       Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK

cc:  John F. Duffy, Esq.
     Michael A. Morin, Esq.
     Bernard G. Kim, Esq.

s21

Issued As A Mandate:  ___JAN 3 0 2012___.